# Criminal Case Cover Sheet
**U.S. District Court - District of Massachusetts**

| | |
|---|---|
| Place of Offense: MA/NY | Category No. III   Investigating Agency: HHS-OIG, VA-OIG, USPIS, DOL, IRS |
| City: | Related Case Information: |
| County: Middlesex | Superseding Ind./ Inf.: _____  Case No.: _____ |
| | Same Defendant: _____  New Defendant: _____ |
| | Magistrate Judge Case Number: _____ |
| | Search Warrant Case Number: 19-mj-6439-MPK, cont'd in Add'l Info. |
| | R 20/R 40 from District of: _____ |

**Defendant Information:**

Is this case related to an existing criminal action pursuant to Rule 40.1(h)? If yes, case number _____ ☐ Yes ☐ No

Defendant Name: Timothy Doyle   Juvenile: ☐ Yes ☑ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ☑ No

Alias Name: 

Address: 91 Old Selden Stage Rd, Selden, NY

Birth date (Yr only): 1979   SSN (last 4#): 5109   Sex: M   Race: _____   Nationality: USA

Defense Counsel if known: Brian Kelly, Joshua Sharp   Address: Nixon Peabody LLP

Bar Number: 549566; 681439   53 State Street, Exchange Place, Boston MA 02109

**U.S. Attorney Information**

AUSA: Howard Locker, Mackenzie Queenin   Bar Number if applicable: _____

Interpreter: ☐ Yes ☑ No   List language and/or dialect: _____

Victims: ☑ Yes ☐ No   If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☐ Yes ☑ No

Matter to be SEALED: ☐ Yes ☑ No

☐ Warrant Requested   ☑ Regular Process   ☐ In Custody

Location Status: _____

Arrest Date: _____

☐ Already in Federal Custody as of _____ in _____.
☐ Already in State Custody at _____   ☐ Serving Sentence   ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by: _____ on _____

Charging Document:   ☐ Complaint   ☑ Information   ☐ Indictment

Total # of Counts:   ☐ Petty _____   ☐ Misdemeanor _____   ☑ Felony 1

Continue on Page 2 for Entry of U.S.C. Citations

☑ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: 12/2/2024   Signature of AUSA: HOWARD LOCKER (Digitally signed by HOWARD LOCKER Date: 2024.12.03 11:15:29 -05'00')

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**   Timothy Doyle

## U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 18 USC 371 | Conspiracy to Violate the Anti-Kickback Statute | I |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

Search warrants (continued): 21-MJ-743 (EDNY); seizure warrants in D. Mass: 20-MJ-6534-MPK, 20-MJ-6535-MPK, 20-MJ-6536-MPK